IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN L. HICKMAN,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 15-2353 |
| COMMISSIONER OF<br>SOCIAL SECURITY<br>Defendant. | : | |



## ORDER

AND NOW, this 15th day of April, 2016, upon careful and independent consideration of the administrative record and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the Middle District of Pennsylvania; and

3. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
GERALD A. MCHUGH,        J.